THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 James
 Kennedy,        Appellant.
 
 
 

Appeal From Sumter County
 Howard P. King, Circuit Court Judge

Unpublished Opinion No. 
2005-UP-440
Submitted July 1, 2005  Filed July 14, 2005

APPEAL DISMISSED

 
 
 
 Acting Chief Attorney Joseph
 L. Savitz, III, Office of Appellate Defense, of Columbia,
 for Appellant.
 Legal Director Teresa A
 Knox, Legal Counsel J. Benjamin Aplin and Legal Counsel Tommy Evans,
 Jr., all of S.C. Dept. of Probation Parole & Pardon, of Columbia,
 for Respondent.
 
 
 

PER CURIAM: James Kennedy
appeals from the revocation of his probation.  After a thorough review of
the record and the briefs, we dismiss[1]
this appeal pursuant to Anders v. California, 386 U.S. 738 (1967) and State
v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels motion
to be relieved is granted. 
APPEAL DISMISSED.
HEARN, C.J. and BEATTY and SHORT,
JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215,
SCACR.